**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WHM LLC,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:08-cv-864-Orl-22DAB**

**NATIONAL ASSOCIATION OF**
**CERTIFIED HOME INSPECTORS and**
**NICK GROMICKO,**

        **Defendants.**
_____

## ORDER

This cause is before the Court on the Agreed Motion for Attorney's Fees and Costs (Doc. No. 19) filed on October 9, 2008.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 14, 2008 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Agreed Motion for Attorney's Fees and Costs (Doc. No. 19) is granted in part and denied in part.

      3.     Plaintiff is hereby awarded attorneys' fees in the amount of **$12,300.00**. Costs should be taxed by the Clerk via the filing of a Bill of Costs (which do not include electronic research charges) in the usual manner.  *See,* Rule 54(d)(1).

      **DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 7, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge